EMILY HALLOCK, Appellant, *v.* GEORGE T. BALLACHEY et al., as Executors of and Trustees under the Will of EVELYN R. CARY, Deceased, Respondents.

Argued October 14, 1940; decided November 13, 1940.

*Willard M. Pottle* for appellant.

*Thomas R. Wheeler* and *LeGrand F. Kirk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and SEARS, JJ. Taking no part: LEWIS and CONWAY, JJ.